```
 1  ANN K. JOHNSTON, ESQ. (SBN 145022)
    BERGER KAHN
 2  A Law Corporation
    7200 Redwood Boulevard, Suite 325
 3  Novato, CA 94945
    Tel: (415) 899-1770 • Fax: (415) 899-1769
 4
    Attorneys for Defendant
 5  HARTFORD CASUALTY INSURANCE COMPANY
 6
 7                              E-filing
 8                    UNITED STATES DISTRICT COURT
 9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
10                        CV 08            4101
11  MATTHEW McCARTHY,           )   CASE NO.
                                )
12                  Plaintiff,  )   CERTIFICATION OF INTERESTED
                                )   ENTITIES OR PERSONS
13  vs.                         )
                                )
14  HARTFORD CASUALTY           )   DATE ACTION FILED:  7/14/2008
    INSURANCE COMPANY, DOES 1-  )   TRIAL DATE:         Not Set
15  10,                         )
                                )
16                  Defendants. )
                                )
17  _____)
18
19       Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for
20  Hartford Casualty Insurance Company, certifies that the following listed persons,
21  associations of persons, firms, partnerships, corporations (including parent
22  corporations) or other entities may have a pecuniary interest in the outcome of this
23  case: Hartford Financial Services Group, Inc., Hartford Fire Insurance Company,
24  ///
25  ///
26  ///
27  ///
28  ///
```

Stamp: ORIGINAL FILED AUG 27 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — MMC

1  and Hartford Accident and Indemnity Company. These representations are made
2  to enable the Court to evaluate possible disqualification or recusal.
3  DATED: August 27, 2008                    BERGER KAHN
                                              A Law Corporation
4
5
                                              By: _____
6                                                  ANN K. JOHNSTON
                                              Attorneys for Defendant
7                                             Hartford Casualty Insurance Company
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BERGER KAHN
*A Law Corporation*
7200 Redwood Blvd., Suite 325
Novato, CA 94945

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Berger Kahn, A Law Corporation, whose business address is: 7200 Redwood Boulevard, Suite 325, Novato, CA 94945 ("the firm").

On August 27, 2008, I served the within document(s) described as: **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by placing true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

Brendan Hallinan
Michael McCloskey
819 Eddy Street
San Francisco, CA 94109
Tel: 415-771-6174

☒ **BY MAIL** (C.C.P. § 1013(a))–I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Novato, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY FAX** (C.C.P. § 1013(a), (e); CRC 2008)–by transmitting said document(s) by electronic facsimile at approximately          .m. at 7200 Redwood Boulevard, Suite 325, Novato, California 94945, to the respective facsimile number(s) of the party(ies) as stated on the attached mailing list. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2008(e), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

☐ **BY OVERNIGHT MAIL** (C.C.P. § 1013(c))–I placed said envelope(s) for collection by ***Federal Express/Golden State Overnight***, following ordinary business practices, at the business offices of Berger Kahn for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

I am "readily familiar" with the firm's practice of collection and processing of correspondence for service with said overnight mail service. It is deposited with said overnight mail service on that same day in the ordinary course of business. I am aware that, on motion of a party served, service is presumed invalid if the said overnight delivery service cancellation date or delivery date on the overnight delivery service slip is more than one day after the date of deposit with said overnight delivery service contained in this affidavit.

☐ **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**–I served the within document(s) by placing ☐ the original ☐ true copy(ies) thereof enclosed in sealed envelope(s) with Certified Mail, Return Receipt Requested, postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 7200 Redwood Boulevard, Suite 325, Novato, California 94945.

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing by Certified Mail, Return Receipt Requested, with the United States Postal Service: it is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postal meter date on the envelope(s) is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **BY PERSONAL SERVICE**(C.C.P. § 1011(a))–I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 27, 2008, at Novato, California.

*Marla Tom* (signature)
MARLA TOM

BERGER KAHN
A Law Corporation
7200 Redwood Blvd., Suite 325
Novato, CA 94945

4

Certification of Interested Entities or Persons                    Case No. _____