1  ANN K. JOHNSTON, ESQ. (SBN 145022)
   BERGER KAHN
2  A Law Corporation
   7200 Redwood Boulevard, Suite 325
3  Novato, CA 94945
   Tel: (415) 899-1770 • Fax: (415) 899-1769
4
   Attorneys for Defendant
5  HARTFORD CASUALTY INSURANCE COMPANY

6

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10

11 MATTHEW McCARTHY,              )   CASE NO. CV 08-04101MMC
                                  )
12              Plaintiff,        )   **CERTIFICATE OF SERVICE**
                                  )
13 vs.                            )
                                  )
14 HARTFORD CASUALTY              )   DATE ACTION FILED:  7/14/2008
   INSURANCE COMPANY, DOES 1-     )   TRIAL DATE:         N/A
15 10,                            )
                                  )
16              Defendants.       )
                                  )
17 ─────────────────────────────

18      I, the undersigned, am employed in the County of Marin, California. I am over the

19 age of eighteen years and not a party to the within action. I am an employee of Berger

20 Kahn, A Law Corporation, 7200 Redwood Boulevard, Suite 325, Novato, California

21 94945.

22      On August 27, 2008, I served the following document, which was filed with the

23 Superior Court of the State of California in and for the County of Marin, on the plaintiff

24 in within action:

25      (1)   Notice to Plaintiff of Defendant's Removal of Civil Action

26      On August 28, 2008, I served the following documents received from the U.S.

27 District Court upon removal on the plaintiff in this action:

28      (1)   Welcome to the U.S. District Court, San Francisco;

                                       1
Certificate of Service                              Case No. CV 08-04101 MMC

(2) Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

(3) Consenting to A Magistrate Judge's Jurisdiction in the Northern District of California;

(4) Order Setting Initial Case Management Conference and ADR Deadlines;

(5) Standing Order for Civil Cases Assigned to The Hon. Maxine M. Chesney;

(6) Standing Order for All Judges of the Northern District of California; and

(7) ECF Registration Information Handout.

By placing true copies thereof enclosed in a sealed envelope addressed as follows:

Brendan Hallinan
Michael McCloskey
819 Eddy Street
San Francisco, CA 94109

I placed said envelope for collection by **Golden State Overnight**, following ordinary business practices, at the business offices of Berger Kahn for collection and processing of correspondence with said overnight mail service, and said envelope will be deposited with said overnight mail service on said date in the ordinary course of business.

I am "readily familiar" with the firm's practice of collection and processing of correspondence for service with said overnight mail service. It is deposited with said overnight mail service on that same day in the ordinary course of business. I am aware that, on motion of a party served, service is presumed invalid if the said overnight delivery service cancellation date or delivery date on the overnight delivery service slip is more than one day after the date of deposit with said overnight delivery service contained in this affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 28, 2008, at Novato, California.

_____
MARLA TOM